STATE OF NEW JERSEY, PLAINTIFF-APPELLANT, v. LAWRENCE KRIEGER, DEFENDANT-RESPONDENT.

Argued May 1, 1984—Decided May 16, 1984.

*Gary H. Schlyen,* Assistant Prosecutor, argued the cause for appellant (*Joseph A. Falcone,* Passaic County Prosecutor, attorney; *Margaret Ann F. Mullins,* Assistant Prosecutor, of counsel and on the brief).

*Robert A. Jacobson,* Designated Counsel, argued the cause for respondent (*Joseph H. Rodriguez,* Public Defender, attorney).

PER CURIAM.

The judgment of the Appellate Division is reversed, substantially for the reasons expressed in the dissenting opinion of Judge Michels, reported at 193 *N.J.Super.* 568, 579 (1983).

*For reversal*—Chief Justice WILENTZ, and Justices SCHREIBER, O'HERN and GARIBALDI—4.

*For affirmance*—Justices CLIFFORD, HANDLER and POLLOCK—3.

CLIFFORD, HANDLER, and POLLOCK, JJ., dissenting:

We would affirm the judgment of the Appellate Division substantially for the reasons expressed in the opinion of the majority of that court, reported at 193 *N.J.Super.* 568 (1983).